# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GABRIEL GONZALEZ
Reg. #30515-112                                                              PETITIONER

v.                               No. 2:18-cv-175-DPM

GENE BEASLEY, Warden                                                  RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's careful recommendation, № 7, and overrules Gonzalez's objections, № 8. FED. R. CIV. P. 72(b)(3). Gonzalez's arguments about 18 U.S.C. § 242 go to the merits, which this Court remains unable to consider. Gonzalez's § 2241 petition will be dismissed without prejudice for lack of jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2019