# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GABRIEL GONZALEZ
Reg. #30515-112                                                          PETITIONER

v.                       No. 2:18-cv-175-DPM

GENE BEASLEY, Warden                                                RESPONDENT

## JUDGMENT

Gonzalez's petition is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

20 February 2019