# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GABRIEL GONZALEZ**
Reg. #30515-112                                                                    **PETITIONER**

v.                                            No. 2:18-cv-175-DPM

**GENE BEASLEY, Warden**                                                            **RESPONDENT**

## ORDER

Motion, № 11, denied. There aren't many facts about Gonzalez's underlying conviction in the recommendation. № 7. And the few that are there were taken from the opinion in Gonzalez's direct appeal, which remains published. The Court therefore declines to seal or alter its Orders.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2019